UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| | ) | **'08 MJ 1216** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Eduardo MORALES-Velasquez,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 19, 2008** within the Southern District of California, defendant, **Eduardo MORALES-Velasquez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21** DAY OF **April 2008**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
**Eduardo MORALES-Velasquez**

## PROBABLE CAUSE STATEMENT

On April 19, 2008, at approximately 8:45 p.m., Border Patrol Agent O. Gomez was performing line watch duties near Otay Mesa, California. Agent Gomez was working an area known to agents as the "76 High Point". This area is approximately two miles east of the Otay Mesa, California Port of Entry and one mile north of the United States/Mexico International Border. This area is used extensively by illegal entrants to further their entry into the United States.

Agent Gomez drove to that location and upon exiting his vehicle; he conducted a search of the area. Agent Gomez walked to the edge of the high point and looked down below using his night vision goggles. Approximately 20 yards down the draw, he noticed a group of individuals hiding behind some small brush. As he approached the group of individuals, he identified himself as a U.S. Border Patrol Agent and questioned them, including one subject later identified as the defendant **Eduardo MORALES-Velasquez**, as to their citizenship and immigration status. All the individuals including the defendant freely admitted to being citizens and nationals of Mexico illegally present in the United States. Agent Gomez asked if they had the proper immigration documents that would allow them to enter or remain in the United States legally. All subjects, including the defendant, stated "No." At approximately 8:50 p.m., Agent Gomez placed the seven subjects under arrest and had them transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 31, 2007** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.